UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY WILLIAMS                                    CIVIL ACTION

VERSUS                                              NO. 20-51

SOCIAL SECURITY ADMINISTRATION                      SECTION "H" (2)
ANDREW M. SAUL, COMMISSIONER

## ORDER

Having reviewed the complaint, the parties' written submissions, the applicable law, and the Magistrate Judge's Report and Recommendation regarding defendant Social Security Administration's Motion to Dismiss (Doc. 8), and the Social Security Administration's response thereto (Doc. 23), the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendant's Motion to Dismiss is **DENIED** as to plaintiff's claim for mandamus relief and **GRANTED** as to plaintiff's punitive and/or compensatory damages claim based on sovereign immunity grounds.

New Orleans, Louisiana, this 23rd day of July, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE